### [ HOWARD v. CARWIN et al. ]

Robert Howard Attourny unto Richᵈ Baylie Wᵐ Walker & Morgan Lewes Execʳˢ to the last will and Testamᵗ of Robert Breviter Esqʳ of the Island of Barbados plaint. contᵃ Ionathan Carwin who married with Elizabeth Relict of Robert Gibbs deceᵈ & Admˣ to his Estate; and Capᵗⁿ Elisha Hutchinson who married wᵗʰ Elizabeth Relict of Iohn Freake deceᵈ Admˣ to his Estate or either of them as so re-

lated Defend<sup>ts</sup> for not paying the Summe of two hundred and Fifty pounds Sterling due as the Forfiture of a bond under the hands and Seales of the s<sup>d</sup> Gibbs & Freake wherein they are jointly and severally bound bearing date. 2<sup>d</sup> Decemb<sup>r</sup> 1672. with all due damages. . . . The Iury . . . found for the plaint. Forfiture of the bond, two hundred and Fifty pounds and costs of Court; Both partys appearing and moving for a Chancery The plaint. craved onely his principle debt and some small matter of damage The Court chancered this Forfiture to Sixty Seven pounds one Shilling six pence in money and Sixty Seven pounds in boards according to bond (having allow<sup>d</sup> Five pounds in money for damage) and costs of Court granted thirty one Shillings six pence.

Execution issued. 4° Aug° 1679.